IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-06-00235-CV

No. 10-06-00239-CV

 

In re
Carl Long

 

 



Original Proceedings

 



ORDER



 

On October 6, 2006, the Clerk of this Court
received several documents from Relator Carl Long in the above-referenced
original proceedings.

In No. 10-06-239-CV, the Clerk received and filed
Long’s “Motion to Show Relator Complies with Order Issued and Exhibit as
Proof.”  The Court will treat this document as a supplemental record.  Tex. R. App. P. 52.7(b).

            In No. 10-06-235-CV, the Clerk
received, but inadvertently did not file, Long’s “Motion to Submit Exhibits to
Support Application for Mandamus and Order Issued by This Court.”[1] 
The Clerk is ordered to file this document as a supplemental record, and the
Court will treat it as such.  Tex. R.
App. P. 52.7(b).

The Clerk marked as “received” the cover letter
accompanying Long’s Affidavit of Indigence and his inmate trust fund account
print-out.  The Clerk is ordered to file these documents in both No.
10-06-235-CV and No. 10-06-239-CV.

            With regard to the above documents, we
suspend the rule for proof of service (Tex.
R. App. P. 9.5) under these circumstances.  See Tex. R. App. P. 2; see also Jones v.
State, No. 10-06-00289-CR, slip op. at 3 (Tex. App.—Waco Nov. 22, 2006, no
pet. h.) (Gray, C.J.) (mem. op.) (not designated for publication) (suspending
proof of service requirement in appeal involving incarcerated, pro se
appellant).  The Clerk shall mail copies of the above documents to Respondent
on the date of this order.  Any supplemental responses to the petitions for
writ of mandamus shall be filed within fourteen days of the date of this order.

 

PER CURIAM

 

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

(Chief Justice Gray dissenting)

Order
issued and filed December 20, 2006

Publish









[1]               The dissent mischaracterizes a
confidential, internal note that discusses not circulating internally
Long’s documents that are at issue in this order (his supplemental appendices)
until the Respondent has filed responses to the petitions.








,

                                                                      Appellee

 

 



From the 361st District Court

Brazos County, Texas

Trial Court # 03-001082-CV361

 



DISSENTING Opinion



 








          Is
a piece of paper that we all know as a “green card” not a return of service
because it is not on a form called “return” or “return of service”?  The issue here is simple.  Can a document be what it is, even if it does
not have that label?

          Under
the facts of this case, I believe the “green card,” having been signed upon its
return by the clerk, and which contains all the requirements of a return, when
affixed to the citation is a return even if it is not labeled as such.




          Thus,
the error complained of is not apparent from the face of the record.  I would affirm the judgment.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Dissenting
opinion delivered and filed April 13, 2005